# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Maria Vasquez )
)
)
)
)

CASE NUMBER __07mj2567__

ABSTRACT OF ORDER

Booking No. __05370298__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11-9-07__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __15,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**CATHY ANN BENCIVENGO**
UNITED STATES MAGISTRATE JUDGE

Received _____ OR
DUSM
by _____
Deputy Clerk

Crim-9   (Rev 6-95)                                 ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY